**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,                  ) | |
| ) | Case No. 3:15-CR-00059-RCJ-VPC |
| Plaintiff/Judgment Creditor,   ) | |
| ) | |
| v.                                                         ) | **ORDER** |
| ) | |
| JENNIFER REE CAMPBELL,                   ) | |
| ) | |
| Defendant/Judgment Debtor,   ) | |
| and                                                        ) | |
| ) | |
| HERITAGE BANK OF NEVADA, and its   ) | |
| successors or assigns,                            ) | |
| ) | |
| Garnishee.                         ) | |

Before the Court is the United States' *Ex* Parte Application for a Writ of Continuing Garnishment. After review, the Court finds the requirements for issuance of a writ pursuant to 28 U.S.C. § 3205 have been met. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court issue a Writ of Garnishment to the Garnishee and a Clerk's Notice of Garnishment and provide them to the United States. The Clerk shall maintain the Application for Writ of Garnishment, this Order, the Writ of Garnishment, and the Clerk's Notice of Garnishment with their *ex parte* restriction until such time as the United States certifies that it has completed service of the writ on the Garnishee. The United States shall promptly notify the Clerk when service of process is complete.

_____
**ROBERT C. JONES**
**United States District Judge**

DATED: This 22nd day of May, 2017.