**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:15-CR-00059-RCJ-VPC |
| Plaintiff/Judgment Creditor, | |
| v. | **ORDER** |
| JENNIFER REE CAMPBELL, | |
| Defendant/Judgment Debtor, | |
| and | |
| HERITAGE BANK OF NEVADA, and its successors or assigns, | |
| Garnishee. | |

This matter is before the Court on the United States' Writ of Garnishment (ECF No. 39), the Answer of the Garnishee, and the United States' Notice of Non-Objection.

In response to the Writ of Garnishment, the Garnishee submitted an answer, on or about June 9, 2017, stating that it had in its possession or control, nonexempt property belonging to or due the debtor in a savings deposit account and stock account. The 20-day time period for the Defendant/Judgment Debtor Jennifer Ree Campbell to request a hearing and file written objections under either 28 U.S.C. § 3202(d) or 28 U.S.C. § 3205(c)(5) has passed. Therefore, the United States is entitled to entry of an order "directing the garnishee as to the disposition" of the nonexempt property identified in the Garnishee's answer. *See* 28 U.S.C. § 3205(c)(7). Accordingly,

**IT IS HEREBY ORDERED** that the Garnishee, who is also the victim in this matter,

1 shall liquidate both the savings account and the stock account identified in the Garnishee's answer for application to the outstanding restitution owed by the Debtor to the Garnishee/Victim in this matter.

**IT IS FURTHER ORDERED** that the Garnishee shall provide a Notice of Liquidation as to the full liquidation amount of both the savings and stock account to the United States within five (5) days after liquidation. Upon receipt of the Notice of Liquidation from the Garnishee, the United States shall file notice with the Court for application by the Clerk of Court of the full liquidated amount to the principal amount of the outstanding restitution owed in this matter.

_____
ROBERT C. JONES
United States District Judge

Dated: May 3, 2018